**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: JOHN M. WOOD　　　　　　§　　Case No. 12-82400
　　　　ROBIN A. WOOD　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　Debtor(s)　　　　　　　§

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 06/20/2012.

2) The plan was confirmed on 09/21/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 08/23/2013, 10/11/2013, 06/03/2016.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 11/30/2017.

6) Number of months from filing or conversion to last payment: 65.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,800.00.

10) Amount of unsecured claims discharged without full payment: $130,864.69.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:
| | |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 29,009.12 |
| Less amount refunded to debtor(s) | $ 366.55 |
| **NET RECEIPTS** | $ 28,642.57 |

### Expenses of Administration:
| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 1,923.33 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,423.33 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| ACCURATE AUTO SALES | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE COMPANY | Sec | 1,000.00 | 701.08 | 701.08 | 701.08 | 0.00 |
| PORTFOLIO RECOVERY | Sec | 11,075.00 | 11,075.00 | 11,075.00 | 11,075.00 | 1,991.34 |
| PORTFOLIO RECOVERY | Uns | 5,871.00 | 10,630.92 | 10,630.92 | 0.00 | 0.00 |
| WINNEBAGO COUNTY TREASURER | Sec | 3,673.00 | 3,673.00 | 1,770.37 | 1,770.37 | 1,242.30 |
| WINNEBAGO COUNTY TREASURER | Sec | 1,495.00 | 1,495.00 | 88.89 | 88.89 | 420.92 |
| AAA COMMUNITY FINANCE | Uns | 1,200.33 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 680.00 | 5,387.39 | 5,387.39 | 0.00 | 0.00 |
| ADVANCE CASH EXPRESS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ALE SOLUTIONS INC | Uns | 5,678.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 230.00 | 1,742.00 | 1,742.00 | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 2,867.97 | 1,073.29 | 1,073.29 | 0.00 | 0.00 |
| ANDERSON MANUFACTURING | Uns | 8,750.00 | NA | NA | 0.00 | 0.00 |
| ARROWHEAD INVESTMENT | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| AT&T ATTORNEY JAMES GRUDUS | Uns | 7.48 | 2,998.38 | 2,998.38 | 0.00 | 0.00 |
| CHECK N GO | Uns | 311.85 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 389.39 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMCAST | Uns | 453.90 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,078.02 | 2,587.20 | 2,587.20 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 265.43 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 199.26 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 652.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 1,172.00 | NA | NA | 0.00 | 0.00 |
| CRUSADER CLINIC | Uns | 693.50 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT | Uns | 1,313.10 | NA | NA | 0.00 | 0.00 |
| DOUBLEDAY BOOK CLUB | Uns | 105.58 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 952.93 | NA | NA | 0.00 | 0.00 |
| ENHANCING MIND & BODY | Uns | 38.82 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 294.82 | 294.82 | 294.82 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 481.00 | 406.44 | 406.44 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 535.26 | 481.00 | 481.00 | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 1,301.81 | 725.76 | 725.76 | 0.00 | 0.00 |
| HOME CHOICE | Uns | 1,527.77 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,272.00 | 848.46 | 848.46 | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 20,397.35 | 25,805.99 | 25,805.99 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 463.56 | NA | NA | 0.00 | 0.00 |
| JEROME S WEISKOPF MD | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK | Uns | 964.95 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 699.51 | 699.51 | 699.51 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 489.89 | 489.89 | 489.89 | 0.00 | 0.00 |
| METRO MEDICAL SERVICES INC | Uns | 244.24 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 2,198.74 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Uns | 413.16 | 413.16 | 413.16 | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 1,301.81 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 4,638.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 267.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 343.61 | 1,816.62 | 1,816.62 | 0.00 | 0.00 |
| NICOR GAS COMPANY | Uns | 343.64 | NA | NA | 0.00 | 0.00 |
| NICOR GAS COMPANY | Uns | 269.71 | NA | NA | 0.00 | 0.00 |
| PAYPAL | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOCIATES | Uns | 594.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PREMIER BANKCARD / CHARTER | Uns | 406.44 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 242.25 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 58.93 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH MEDICAL | Uns | 166.63 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 676.24 | 811.00 | 811.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 988.57 | 3,903.54 | 3,903.54 | 0.00 | 0.00 |
| SALLIE MAE LOAN SERVICING | Uns | 20,397.35 | NA | NA | 0.00 | 0.00 |
| SFC | Uns | 657.53 | 611.07 | 611.07 | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 740.81 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS LP | Uns | 1,358.00 | NA | NA | 0.00 | 0.00 |
| SSM GROUP LLC | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 155.80 | 2,198.74 | 2,198.74 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 1,928.05 | 907.57 | 907.57 | 0.00 | 0.00 |
| WAGESFAST | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| AMANDA WOOD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS, INC as | Uns | 0.00 | 336.85 | 336.85 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 826.78 | 826.78 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 536.26 | 536.26 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 272.13 | 272.13 | 0.00 | 0.00 |
| WINNEBAGO COUNTY TREASURER | Sec | 0.00 | 2,515.19 | 2,515.19 | 2,515.19 | 346.23 |
| WINNEBAGO COUNTY TREASURER | Sec | 0.00 | 2,695.09 | 2,695.09 | 2,695.09 | 372.83 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 701.08 | $ 701.08 | $ 0.00 |
| Debt Secured by Vehicle | $ 11,075.00 | $ 11,075.00 | $ 1,991.34 |
| All Other Secured | $ 7,069.54 | $ 7,069.54 | $ 2,382.28 |
| **TOTAL SECURED:** | $ 18,845.62 | $ 18,845.62 | $ 4,373.62 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 66,804.77 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,423.33 |
| Disbursements to Creditors | $ 23,219.24 |
| **TOTAL DISBURSEMENTS:** | $ 28,642.57 |

UST Form 101-13-FR-S (9/1/2009)

   12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  02/14/2018   By:  /s/ Lydia S. Meyer
              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)